IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00862-JLK-KMT

CARA RUSSELL,

    Plaintiff,

v.

TOWN OF BUENA VISTA, COLORADO,
KEITH BAKER,
JOEL BENSON,
MARK BOSTON,
ROBERT FLINT,
BRETT MITCHELL,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 6, 2011.**

    Defendants' Unopposed Motion to be Excused from Attending Settlement Conference [filed April 1, 2011; docket #40] is **granted**. The individual Defendants in this case are excused from attending the Settlement Conference in person on April 29, 2011; however, defense counsel shall ensure that all excused Defendants are available by telephone throughout the entirety of the conference. As a cautionary note, if the lack of physical presence of these persons becomes a hindrance to the progress of settlement negotiations at the conference, the conference may be recessed and reconvened at a time when these individuals can be present, and costs of the recessed conference may be assessed against the Defendants.