IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-862-JLK-KMT**

**CARA RUSSELL,**

      Plaintiff,

v.

**TOWN OF BUENA VISTA, COLORADO,
KEITH BAKER,
JOEL BENSON,
MARK BOSTON,
ROBERT FLINT, and
BRETT MITCHELL,**

      Defendant.

_____

## MINUTE ORDER
_____

JUDGE JOHN L. KANE ORDERS

      For administrative purposes, and in accordance with the Court's 1/27/11 Order (Doc. 35), the Motion for Summary Judgment (Doc. 20) is DENIED without prejudice to its being refiled, if necessary, on other or additional grounds after the April 29, 2011, settlement conference currently scheduled before Magistrate Judge Hegarty.

_____

Dated April 7, 2011.