IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-862-JLK-KMT**

**CARA RUSSELL,**

    Plaintiff,

v.

**TOWN OF BUENA VISTA, COLORADO,
KEITH BAKER,
JOEL BENSON,
MARK BOSTON,
ROBERT FLINT, and
BRETT MITCHELL,**

    Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

Kane, J.

In light of the parties' Stipulation filed June 15, 2011 (Doc. 53), I ORDER the Complaint DISMISSED with PREJUDICE and this action CLOSED. The parties have agreed to, and shall, bear responsibility for their own fees and costs in this matter.

Dated this 15th day of June, 2011.

                                          **s/John L. Kane**
                                          SENIOR U.S. DISTRICT JUDGE